## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                                             Bky. No. 15-43828

James Alan Rothers,

      Debtor.

J. Richard Stermer, Trustee,                                                       Adv. No. 17-4012

      Plaintiff,

vs.

James Alan Rothers,

      Defendant.

### NOTICE OF CONTINUED HEARING

**Please take notice** that the hearing on Plaintiff's Expedited Motion for Preliminary Injunction has been continued to **February 15, 2017** at **9:30 a.m.** and will be held before the Honorable Michael A. Ridgway, United States Bankruptcy Court, Courtroom 7W, 300 S. Fourth Street, Minneapolis, Minnesota 55415.

                                                            **LEONARD, O'BRIEN**
                                                            **SPENCER, GALE & SAYRE, LTD.**

                                                            /e/ Matthew R. Burton
                                                     By:_____
Dated: February 8, 2017                     Matthew R. Burton, #210018
                                                            100 South Fifth Street, Suite 2500
                                                            Minneapolis, Minnesota 55402
                                                            Telephone: (612) 332-1030
                                                            *mburton@losgs.com*

                                                         **ATTORNEYS FOR PLAINTIFF J. RICHARD STERMER, TRUSTEE**

{00551441.1 }

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Bky. No. 15-43828 |
| James Alan Rothers, | |
|     Debtor. | |

---

| | |
|---|---|
| J. Richard Stermer, Trustee, | Adv. No. 17-4012 |
|     Plaintiff, | |
| vs. | |
| James Alan Rothers, | |
|     Defendant. | |

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I hereby certify that on February 8, 2017, I caused the following documents:

- *Notice of Continued Hearing*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing.

I further certify that I caused a copy of the foregoing documents to be mailed via First Class Mail to the following:

James Alan Rothers
1309 Atlantic Ave
Kerkhoven, MN 56252

{00551495.1 }

Dated: February 8, 2017                          /e/  Hillary Brown
                                                          Hillary A. Brown
                                                          100 South Fifth Street, Suite 2500
                                                          Minneapolis, MN  55402
                                                          (612) 332-1030

{00551495.1 }